IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SANDRA NORTHCUTT and ) <br> DARRELL NORTHCUTT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> STATEWIDE CREDIT ) <br> ASSOCIATION, INC., ) <br> ) <br> Defendant. ) | Case No. 4:14-cv-00034-JVB-PRC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Sandra Northcutt and Darrell Northcutt, by counsel, and Defendant, Statewide Credit Association, Inc., by counsel, pursuant to Rule 41(a)(1)(A)(ii) stipulate that this cause of action is dismissed with prejudice.

Respectfully submitted,

| ATTORNEY AT LAW | KIGHTLINGER & GRAY, LLP |
|---|---|
| /s/ Melissa Wilkes | /s/ Peter A. Velde |
| Melissa Wilkes | Peter A. Velde, Atty. I.D. No.: 949-49 |
| ATTORNEY AT LAW | KIGHTLINGER & GRAY, LLP |
| 200 Ferry Street, Suite D | One Indiana Square, Suite 300 |
| Lafayette, IN  47901 | 211 North Pennsylvania Street |
| mwilkes@wilkes-law.com | Indianapolis, IN  46204 |
| | (317) 638-4521 |
| | pvelde@k-glaw.com |

140497\2410329-1

1